IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FRANCISCO APONTE
CARRASQUILLO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D16-4354

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed August 1, 2017.

An appeal from the Circuit Court for Santa Rosa County.
Ross M. Goodman, Judge.

Andy Thomas, Public Defender, Steven L. Seliger and Justin Karpf, Assistant Public
Defenders, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Michael L. Schaub, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.